## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 915
PENSION FUND, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 915 HEALTH AND
WELFARE FUND and LOCAL 915 OF
THE INTERNATONAL
BROTHERHOOD OF ELECTRICAL
WORKERS,

      Plaintiffs,

v.                                Case No: 8:14-cv-909-T-30EAJ

RIEVES ELECTRIC, LLC,

      Defendant.

_____

## <u>ORDER OF DISMISSAL</u>

      Before the Court is the Plaintiffs' Notice of Voluntary Dismissal (Dkt. #8).   Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 5th day of September, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record